UNITED STATES DISTRICT COURT

For the Western District of North Carolina

---

Scarlett Lopez     *plaintiff*     case No. 1:26-cv-00005-MR-WCM

v.

Dakota Ramseur     *defendant*     Complaint

---

1. Upon information and belief, Defendant conspired with individuals in 101013/2022 by having ex parte communication,

2. Defendant is in violation of due process,

3. This Court has jurisdiction under federal law.

4. Plaintiff demands jury on all issues and with compensation not lower than $500,000.

## VERIFICATION

The undersigned declares under penalty of perjury that she is the plaintiff in the above action, that she has read the above complaint and that the information contained in the complaint is true and correct. 28 U.S.C. § 1746, 18 U.S.C. § 1621.

Executed on: 1/1/26     *[signature]*